United States District Court
for the District of New Jersey

_____
|   :
MARY M. BOILEY   :
|   :   Civil No. 08-4967
      Plaintiff   :
|   :
  v.   :
|   :
|   :   Order of Reassignment
WALT DISNEY WORLD COMPANY, ET AL   :
|   :
      Defendant   :
_____   :

It is on this 19th day of November 2008,

O R D E R E D that the entitled action is reassigned

from Judge Peter G. Sheridan to Judge Susan D. Wigenton.

                                                  S/Garrett E. Brown, Jr.
                                          Garrett E. Brown, Jr., Chief Judge
                                          United States District Court